JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Aram, Inc., a New Jersey Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FARAH'S CREATIONS, LLC, individually and doing business as "Inspire Me! Home Decor," a Michigan limited liability company; and DOES 1 through 10,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-09759-AB-AGR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 18, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.