# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Aram, Inc., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FARAH'S CREATIONS, LLC, individually and doing business as "Inspire Me! Home Decor," a Michigan limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No.:2:21-cv-09759-AB-AGR<br>*Hon. André Birotte, Jr. Presiding*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, the Court **ORDERS**:

1. The action is **dismissed with prejudice**; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: June 08, 2022          By: _____
                                  HON. ANDRÉ BIROTTE, JR.
                                  UNITED STATES DISTRICT JUDGE